TODD RYKER *v.* TOWN OF BETHANY ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 304 (AC 26352), is denied.

*Max F. Brunswick,* in support of the petition.

Decided October 25, 2006

JANET L. SZEGDA *v.* RONALD H. SZEGDA

' The plaintiff's petition for certification for appeal from the Appellate Court, 97 Conn. App. 426 (AC 26565), is denied.

BORDEN, J., did not participate in the consideration or decision of this petition.

*Bruce S. Beck,* in support of the petition.

*W. Bruce Louden,* in opposition.

Decided October 25, 2006

JOANN O'BARA DADDIO *v.* KENNETH S. O'BARA

The defendant's petition for certification for appeal from the Appellate Court, 97 Conn. App. 286 (AC 26931), is denied.

VERTEFEUILLE, J., did not participate in the consideration or decision of this petition.

*Robert L. Sweeney, Jr.,* in support of the petition.

Decided October 25, 2006